IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>V. )<br>)<br>MICHELLE NICOLE WELSH )<br>    Defendant. ) | CRIMINAL NUMBER 05-04 ERIE |

### ORDER

AND NOW this 2nd day of August, 2005,

IT IS HEREBY ORDERED that the above-named defendant is scheduled for a Change of plea hearing on **Friday, August 19, 2005** at **9:00 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, U.S. Courthouse and Post Office, 17 South Park Row, Erie, PA

                                        s/Sean J. McLaughlin
                                        SEAN J. MCLAUGHLIN
                                        UNITED STATES DISTRICT JUDGE

cc: Counsel of record
    U.S. Marshal Services
    U.S. Probation/Pretrial Services