IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S. )
)
)
)
vs. ) CR  05-4 Erie
Michelle Nicole Welsh )
)
)
Defendants )

**HEARING ON**   Change of Plea

Before   Sean J. McLaughlin

Marshall Piccinini, Esq.   Tom Patton, Esq.

Appear for Plaintiff   Appear for Defendant

Hearing Begun   8/19/2005 9:00 a.m.   Hrg Adjourned to

Hrg concluded C.A.V.   9:20 a.m.   Stenographer   Janice Ferguson

**WITNESSES**
For Plaintiff   For Defendant

Defendant pled guilty to Count 1 of the
Indictment; Sentencing set for 11/16/2005
at 10:00 a.m.