IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 05-4   Erie |
| MICHELLE NICOLE WELSH | ) (Under Seal) |
| EUGENE LAMONT GAVIN | ) |

**ARRAIGNMENT PLEA**   **ARRAIGNMENT PLEA**

Defendant Michelle Nicole Welsh being arraigned, pleads Not Guilty in open Court this 18t day of January, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

Defendant Eugene Lamont Gavin being arraigned, pleads Not Guilty in open Court this 27t day of January, 2005.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered January 14, 2005, and now pleads guilty in open court this 19 day of August 2005.

_____
Michelle Welsh
Defendant

_____

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered 1-18 2005, and now pleads guilty in open court this 18 day of August 2005.

X Eugene Lamont Gavin
Defendant

ATTY: Daniel J. Brabender, Jr.