IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-4 E |
| ) | |
| MICHELLE NICOLE WELSH ) | |

**MOTION TO CONTINUE SENTENCING HEARING**

AND NOW, comes the defendant, Michelle Nicole Welsh, by her attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully files this Motion to Continue Sentencing Hearing, and in support thereof sets forth as follows:

1. Ms. Welsh has pleaded guilty to one count of conspiring to distribute and possess with intent to distribute cocaine base in violation of 21 U.S.C. § 846.

2. Ms. Welsh is currently set to be sentenced on Wednesday, November 16, 2005, at 10:00 a.m.

3. As noted in paragraph 38 of the presentence report, Ms. Welsh is pregnant. Her due date is November 26, 2005. Ms. Welsh's pregnancy is classified as high risk due to the recency of her last pregnancy. Accordingly, it is important that she not have to undergo the stress of a possible prison sentence ten days before her due date. Furthermore, Ms. Welsh needs to make arrangements, after the baby is born, for custody of the child should she be sentenced to a term of imprisonment.

4. For the foregoing reasons, Ms. Welsh respectfully requests that the Court continue her sentencing for at least sixty days.

5. Assistant United States Attorney Marshall J. Piccinini does not object to this motion.

WHEREFORE, the defendant, Michelle Nicole Welsh, respectfully requests that this Honorable Court continue her sentencing hearing.

Respectfully submitted,


<u>/s/ Thomas W. Patton</u>
Thomas W. Patton
Assistant Federal Public Defender
PA I.D. No. 88653