IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MICHELLE NICOLE WELSH ) | Criminal No. 05-4 E |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing, Motion to Continue Sentencing Hearing, it is hereby ORDERED that the motion is GRANTED: Sentencing in this case shall take place on _____, 2006 at _____ am/pm.

_____
HONORABLE SEAN J. McLAUGHLIN
United States District Judge

cc: Thomas W. Patton, AFPD
   Marshall J. Piccinini, AUSA
   Stephen A. Lowers, Probation