IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 05-4 E |
| | ) | |
| MICHELLE NICOLE WELSH | ) | |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing, Motion to Continue Sentencing Hearing, it is hereby ORDERED that the motion is GRANTED: Sentencing in this case shall take place on February 1, 2006 at 10:00 am/pm.

HONORABLE SEAN J. McLAUGHLIN
United States District Judge

cc:   Thomas W. Patton, AFPD
      Marshall J. Piccinini, AUSA
      Stephen A. Lowers, Probation