# IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.
_____
Plaintiff

vs.                                No. CR05-4 Erie

Michelle Nicole Welsh (1)
_____
Defendant

HEARING ON Sentencing

Held on 2-15-06

Before Judge McLaughlin

Marshall Piccinini                 Thomas Patton, PDA
_____                _____
Appear for Plaintiff              Appear for Defendant

Hearing begun 10:06 am - 10:37 am  Hearing adjourned to 10:40am - 10:51am

Hearing concluded C.A.V. _____  Stenographer Ron Bench

Clerk Nicole Kiester

WITNESSES:

For Plaintiff                      For Defendant

Sealed Mtn (in chambers) Granted; Agent Crouse - Sworn
                                        gave testimony
Defendant to surrender as notified by the US Marshal
Imprisonment for a term of: 3 mths
Supervised Release for a term of: 3 years
$100 Special Assessment due forthwith; fine waived
Defendant Sentenced; J & C to follow