Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Michelle Nicole Welsh**                    **Docket No. 05-00004-001 Erie**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michelle Nicole Welsh, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 15th day of February 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall be prohibited from possessing a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on probation and at least two periodic tests thereafter.
- The defendant shall pay a special assessment of $100.

02-15-06:   Distribute and Possess With the Intent to Deliver in Excess of 5 Grams of Cocaine Base; 3 months' custody of the Bureau of Prisons, 3 years' supervised release.

07-07-06:   Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that on September 5, 2006, this officer was notified that the defendant was in need of housing for herself and her children. Upon this officer's request, the defendant was assessed and accepted into the House of Healing program in Erie, Pennsylvania, where she and her three children can reside for up to 12 months.

On October 5, 2006, the defendant continued to express a need for housing. On this date, the defendant signed a Probation Form 49, Wavier of Hearing to Modify Conditions of Probation/Supervised Release, in which she agreed to participate in the program and reside at the House of Healing in Erie, Pennsylvania, until she is released by the probation officer or has been successfully discharged.

U.S.A. vs. Michelle Nicole Welsh
Docket No. 05-00004-001 Erie
Page 2


PRAYING THAT THE COURT WILL ORDER that the term of supervision be modified to include a special condition requiring that the defendant participate in the program and reside at the House of Healing in Erie, Pennsylvania, until she is either released by the probation officer or has been successfully discharged.

I declare under penalty of perjury that the foregoing is true and correct.

### ORDER OF COURT

Considered and ordered _____ day of
_____ , ____and ordered filed and
a part of the records in the above case.

Executed on _____ October 24, 2006 _____

_____
Matthew L. Rea
U.S. Probation Officer

_____
U.S. District Judge

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:     Erie, PA    _____