Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
'07 FEB -7 P3:28
CLERK
U.S. DISTRICT COURT

U.S.A. vs. Michelle Nicole Welsh                    Docket No. 05-00004-001 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michelle Nicole Welsh, who was placed on supervision by the Honorable Sean J. McLaughlin sitting in the Court at Erie, Pennsylvania, on the 15th day of February 2006, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall be prohibited from possessing a firearm or destructive device.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual cost. The defendant shall submit to one drug urinalysis within 15 days after being placed on probation and at least two periodic tests thereafter.
- The defendant shall pay a special assessment of $100.

02-15-06:    Distribute and Possess With Intent to Deliver in Excess of 5 Grams of Cocaine Base; 3 months' custody of the Bureau of Prisons, 3 years' supervised release.
07-07-06:    Released to supervision; Currently supervised by U.S. Probation Officer Matthew L. Rea.
10-24-06:    Petition signed, Judge McLaughlin; Supervision condition added requiring that the defendant participate and reside at the House of Healing program in Erie, Pennsylvania.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.**

      Your Petitioner reports that on August 24, 2006, and January 11, 2007, the defendant submitted a urine sample that tested positive for marijuana and cocaine, respectively. The defendant was confronted by this officer on her positive drug tests, and she admitted to using on both occasions.

U.S.A. vs. Michelle Nicole Welsh
Docket No. 05-00004-001 Erie
Page 2

**The defendant shall work regularly at a lawful occupation, unless excused for schooling, training, or other acceptable reasons.**

On December 14, 2006, reported that she had been hired for part-time employment which was reflected in a letter from her employer. On December 22, 2006, Ms. Welsh reported that she had only worked two days and quit. On January 12, 2007, this officer received a phone call from the St. Benedict's Employment Program in Erie, Pennsylvania, indicating that the defendant had been terminated from their program due to her failure to participate as required.

**The defendant shall participate in the program and reside at the House of Healing in Erie, Pennsylvania, until she is either released by the probation officers or has been successfully discharged.**

On December 4, 2006, the defendant was terminated from the House of Healing for "being disrespectful to staff, refusing to follow instructions, not attending drug and alcohol counseling sessions, and not searching for employment as required."

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom C, Second Floor, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2-7-07

ORDER OF COURT

Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

Matthew L. Rea
U.S. Probation Officer

Gerald R. Buban
Supervising U.S. Probation Officer

Place:   Erie, PA