MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

U.S.A.

Plaintiffs,

Vs.   Case No. CR 05-04-0001 Erie

Michelle Nicole Welsh

Defendants.

HEARING ON Show Cause on the Revocation Supervised Release Petition

Before Judge Sean J. McLaughlin

Held on 2-22-07

Marshall Piccinini, AUSA          Thomas Patton, FPDA

Appear for Plaintiff          Appear for Defendant

Hearing begun 10:26 am          Hearing adjourned to 11:03 am

Hearing concluded C.A.V. _____    Stenographer R. Bench

Clerk Nicole Kierzek

WITNESSES:

D's Supervised Release is Revoked
5 months imprisonment
2 years Supervised Release same terms/conditions applied