IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | Criminal No. 05-4 ERIE |
| ) | |
| MICHELLE NICOLE WELSH, ) | |
| Defendants ) | |

**ORDER**

AND NOW THIS  19th  day of September, 2007 , the Defendant, MICHELLE NICOLE WELSH, having failed to appear for her Show Cause Hearing on this date

IT IS HEREBY ORDERED that the Clerk of Courts issue an Arrest Warrant for the above named defendant

IT IS FURTHER ORDERED that this Defendant be detained pending a hearing.

S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: counsel/parties of record  NK
U.S. Marshal Service
U.S. Probation/Pretrial Services