AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __PENNSYLVANIA__

UNITED STATES OF AMERICA

V.

MICHELLE NICOLE WELSH

**WARRANT FOR ARREST**

Case Number: CRM 05-4 ERIE

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MICHELLE NICOLE WELSH__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   X Order of court   X Violation Notice   ☐ Probation Violation Petition

charging him or her with   (brief description of offense and 'in violation of Title _ of U.S.C., Section(s) _')

-FAILURE TO APPEAR FOR SHOW CAUSE HEARING ON PETITION.

RECEIVED US MARSHAL ERIE, PA 2007 SEP 19 A 10:50

SUSAN D. PARMETER
Name of Issuing Officer

_/s/ Susan D. Parmeter_
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

SEPTEMBER 19, 2007    Erie, PA
Date and Location

Bail fixed at $ __to be set by US Distsrict Judge__   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _Michelle Nicole Welsh_ |

| DATE RECEIVED 9-19-07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-23-07 | David J. Conde US Probation | _/s/ David J. Conde_ |