AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page   3   of   5

DEFENDANT:        MICHELLE NICOLE WELSH
CASE NUMBER:      CR 05-4 E

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

31 MONTHS

X   The court makes the following recommendations to the Bureau of Prisons:
    THAT THIS DEFENDANT PARTICIPATE IN THE RESIDENTIAL DRUG ABUSE PROGRAM (RDAP)

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

I hereby certified a Return that on 10/23/07 welsh was
Transported to the USMS ALLEF for Futher Remain

Defendant delivered on _____10/23/07_____ to _USMS AAGFU_

a _T PLH AALI'T_ with a certified copy of this judgment.

**FILED**

**NOV - 1 2007**

CLERK U.S. DISTRICT
WEST. DIST. OF PENNSYLVANIA

Thomas Fitzgerald
UNITED STATES MARSHAL

By _____
        DEPUTY UNITED STATES MARSHAL