AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

DEFENDANT:      MICHELLE NICOLE WELSH
CASE NUMBER:    CR 05-4 E

Judgment -- Page __3__ of __5__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

   31 MONTHS

X  The court makes the following recommendations to the Bureau of Prisons:
   THAT THIS DEFENDANT PARTICIPATE IN THE RESIDENTIAL DRUG ABUSE PROGRAM (RDAP)

X  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:
   ☐  at _____ ☐ a.m. ☐ p.m. on _____
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐  before 2 p.m. on _____
   ☐  as notified by the United States Marshal.
   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10-29-07__ to __FPC Alderson__
a __Alderson W__ with a certified copy of this judgment.

FILED
NOV - 8 2007
CLERK

_Amber Nelson Warden_
UNITED STATES MARSHAL

By _Holliday E_
DEPUTY UNITED STATES MARSHAL