CR05-4 Erie

8-21-08

Honorable Judge McLaughlin,

My name is Michelle Walsh. I am writing in reference to case no: CR-05-04-0001. I'm currently serving a 31 month sentence at Alderson Federal Prison Camp in West Virginia.

I'm a single mother of 3 children. The reason why I'm writing you is because of some family problems with my grandmother and my childrens wellbeing.

My children have been attending different recreational programs with the House of Healing for quite sometime now. In September, I'll be away from my children for a year. I've been having problems with communicating with my children, so I decided to write Sister Stephany the director of the House of Healing the program I was once un- successfull in if she could help me communicate with my children. I was blessed with a positive response. I truly believe Sister Stephany will welcome me with another chance to successfully complete the program. While I been in prison I recieved my G.E.D and have taken a few pre-release classes.

What Im asking for is if I can be resentenced or if I could finish my sentenced at the House of Healing, so I can reunite with my children. I want to Thank you for your time and your consideration to the matter of this letter will be greatly appreciated

Sincerly,
Michelle Welsh

FILED
AUG 28 2008
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA